UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>USCOC of New Hampshire RSA #2</u>
<u>d/b/a US Cellular</u>,
    Plaintiff

    v.                                    Civil No. 05-cv-268-SM

<u>City of Concord, NH</u>,
    Defendant

### ORDER OF RECUSAL

Due to my having a financial interest in the plaintiff company, US Cellular, recusal is mandatory.  <u>See</u>, 28 U.S.C. § 455(b)(4).  It appears that only preliminary and assented to, or unobjected to, motions have been resolved, however, any party may revisit any motion previously resolved with the newly assigned judge, within ten (10) days of notice of reassignment, as they desire.

**SO ORDERED.**

                                              Steven J. McAuliffe
                                              Chief Judge

June 21, 2006

cc:  Steven E. Grill, Esq.
      James P. Bassett, Esq.