UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**USCOC of New Hampshire RSA #2**
**d/b/a U.S. Cellular**

    v.                                Case No. 05-cv-268-PB

**City of Concord, NH**


**NOTICE OF RULING**

**Re:**      Document Nos. 25, 28, 33, 34

**Ruling:**  The cross motions for summary judgment (Doc. Nos. 25, 28) are denied because facts material to the resolution of the motions remain in genuine dispute. The motions to strike (Doc. Nos. 33, 34) are denied as moot because they would not affect my rulings on the motions for summary judgment. The clerk shall set a status conference to discuss new discovery deadlines and a trial date.


Date:  April 30, 2007

cc:    Steven E. Grill, Esq.
       James P. Bassett, Esq.
       Jeffrey C. Spear, Esq.